NORTHEAST AREA LAW OFFICE

**UNITED STATES POSTAL SERVICE**

November 18, 2003

Honorable Janet C. Hall
United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Keith Wylie v. John E. Potter, Postmaster General
Docket No. 3:03CV00426(JCH)

Dear Judge Hall:

The undersigned represents the defendant in the above-referenced matter, presently pending before you. The plaintiff, Keith C. Wylie, had appeared without counsel.

On June 26, 2003, I filed and appearance and answer on behalf of the defendant, which was served upon Mr. Wylie at the address listed in the summons.

On June 30, 2003, I prepared and forwarded to Mr. Wylie a draft "Report of Parties' Planning Meeting" for his review and inclusion of text relative to his claims. When I did not receive a response from Mr. Wylie by July 28, 2003, I forwarded a follow-up letter, reminding him of the parties' obligations relative to the subject report.

On August 1, 2003, I received, without any accompanying correspondence, a partially completed copy of the draft report, which was signed by Mr. Wylie. He had included handwritten text in certain portions of the draft report but other, necessary, areas were not completed.

On August 1, 2003, I revised the draft report, including Mr. Wylie's comments and forwarded the revised report to Mr. Wylie, with correspondence containing a detailed list of those subject areas that still required his attention.

As of August 22, 2003, I had not received any response from Mr. Wylie and I forwarded to him correspondence inquiring as to the status of the draft report and, again, reminding him of the parties' obligations to finalize and file the subject report.

8 GRIFFIN ROAD NORTH
WINDSOR, CT 06006-0170
860 285-7098
FAX: 860 285-7397
anthony.t.rice@usps.gov

-2-

From the end of September and continuing through early November, I was detailed to the Postal Service's New York Metro Law Office. During this period and up to this date, I have not received any further communication from Mr. Wylie.

All of the above correspondence was forwarded to the address listed on the summons. When I attempted to contact Mr. Wylie by telephone, I was informed that the telephone number was not in service. As of today, I received the same recording when I telephoned the number listed by Mr. Wylie in the complaint.

Inasmuch as no scheduling order could be issued without the filing of the subject report, the defendant has been unable to conduct discovery or otherwise proceed further with the defense of this case. In order to resolve this situation, the defendant wishes to advise the Court of the events described above, for such action as you may deem appropriate.

Thank you for your review of this matter.

Sincerely,

KEVIN J. O'CONNOR
United States Attorney

Anthony T. Rice
Special Assistant U.S. Attorney

cc: Keith C. Wylie, *pro se*

**VIA EXPRESS MAIL**