NORTHEAST AREA LAW OFFICE

03CV426

**UNITED STATES POSTAL SERVICE**

November 18, 2003

Honorable Janet C. Hall
United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

RECEIVED 2003 NOV 19 A 11:46
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

Re: Keith Wylie v. John E. Potter, Postmaster General
Docket No. 3:03CV00426(JCH)

Dear Judge Hall:

The undersigned represents the defendant in the above-referenced matter, presently pending before you. The plaintiff, Keith C. Wylie, had appeared without counsel.

On June 26, 2003, I filed and appearance and answer on behalf of the defendant, which was served upon Mr. Wylie at the address listed in the summons.

On June 30, 2003, I prepared and forwarded to Mr. Wylie a draft "Report of Parties' Planning Meeting" for his review and inclusion of text relative to his claims. When I did not receive a response from Mr. Wylie by July 28, 2003, I forwarded a follow-up letter, reminding him of the parties' obligations relative to the subject report.

On August 1, 2003, I received, without any accompanying correspondence, a partially completed copy of the draft report, which was signed by Mr. Wylie. He had included handwritten text in certain portions of the draft report but other, necessary, areas were not completed.

On August 1, 2003, I revised the draft report, including Mr. Wylie's comments and forwarded the revised report to Mr. Wylie, with correspondence containing a detailed list of those subject areas that still required his attention.

As of August 22, 2003, I had not received any response from Mr. Wylie and I forwarded to him correspondence inquiring as to the status of the draft report and, again, reminding him of the parties' obligations to finalize and file the subject report.

8 GRIFFIN ROAD NORTH
WINDSOR, CT 06006-0170
860 285-7098
FAX: 860 285-7397
anthony.t.rice@usps.gov

*[Handwritten margin note: Treating this as a motion to commence discovery, it is granted. The deadlines in the Standing Order are extended two months. So ordered. /s/ JCH 11/18/03]*