UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH WYLIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Docket No. 3:03CV00426(JCH) |
| | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | July 19, 2004 |

### DEFENDANT'S MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendant in the above captioned action hereby moves the Court for permission to file a motion for summary judgment. In support of this motion, the Defendant avers as follows:

1. On December 12, 2003, the Defendant, pursuant to the Court's order, commenced discovery by forwarding interrogatories and requests for production on the Plaintiff. The transmittal letter to the Plaintiff also requested that the Plaintiff contact Defendant's counsel relative to scheduling the Plaintiff's deposition. The Plaintiff did not respond to these discovery requests and, on January 27, 2004, the Defendant forwarded correspondence to the Plaintiff, inquiring as to the status of the discovery responses and the Plaintiff's availability to be deposed.

2. On February 3, 2004, the Defendant's counsel received correspondence from the Plaintiff, dated January 5, 2004, (apparently in response to Defendant's

1

counsel's December 12, 2003 correspondence) indicating, *inter alia,* that the Plaintiff would be available for a deposition on virtually any date.

3.   Defendant's counsel scheduled Plaintiff's deposition for March 31, 2004. The Plaintiff appeared on March 31, 2004 and was deposed.  A transcript of the deposition testimony was prepared and forwarded to the Plaintiff, for reading and signing, on May 8, 2004, by Express Mail, at the address provided by the Plaintiff during his deposition.  The Defendant's counsel subsequently received the Express Mail package back from the Postal Service, marked "Moved, Left No Address."  The Defendant subsequently forwarded the deposition transcript to the Plaintiff another address used by the Plaintiff.  That package was not returned.

4.   It was the Defendant's intent to file a motion for summary judgment based upon the Plaintiff's deposition testimony.  However, on or about May 18, 2004, Defendant's counsel received electronic notice of the Court's May 18, 2004 notice to counsel, informing the parties that the case would be dismissed on June 15, 2004, for lack of prosecution.

5.   In consideration of the Court's May 18, 2004 notice, the Defendant did not file a motion for summary judgment, inasmuch as the filing of the motion appeared to be unnecessary, based on the Court's stated intention to dismiss the case for lack of prosecution.

6.   On July 16, 2004, Defendant's counsel received electronic notice the Court's July 9, 2004 "Pro Se Pretrial Order."

6. The Defendant avers that there exist meritorious grounds for summary judgment, inasmuch as there are no genuine issues of material fact and the Defendant respectfully submits that the submission of its dispositive motion will conserve judicial resources and the parties' resources.

7. The Defendant has acted with diligence in attempting to engage in discovery and move this case toward a resolution, notwithstanding that the Plaintiff has not been fully cooperative in the litigation process and that the Plaintiff has moved his residence without notice to the Defendant or the Court.

8. The Defendant further avers that, if this motion is allowed, the Defendant will submit its dispositive motion forthwith or within whatever time is ordered by the Court.

Counsel for the Defendant does not, as of this date, have a definite address for the Plaintiff and, therefore, a copy of this motion is being forwarded to every address currently in the possession of Defendant's counsel.

> The Defendant, John E. Potter,
> Postmaster General, by his attorney:
>
> KEVIN J. O'CONNOR
> United States Attorney
>
> Anthony T. Rice
> Special Assistant U.S. Attorney
> United States Postal Service
> Northeast Area Law Office
> 8 Griffin Road North
> Windsor, CT 06006-0170
> (860) 285-7098
> E-Mail: anthony.t.rice@usps.gov
> Connecticut Federal Bar No. ct 22474

3

## **CERTIFICATE OF SERVICE**

I, Anthony T. Rice, Special Assistant U.S. Attorney, hereby certify that I served a copy of the attached document, by Express Mail and first-class mail, postage prepaid, upon the following persons:

Keith C. Wylie
119 Monroe Street
New Haven, CT 06512

Keith C. Wylie
55 Monroe Street
New Haven, CT 06516

Keith C. Wylie
486 Newhall Street
Hamden, CT 06517

Keith C. Wylie
P.O. Box 9631
New Haven, CT 06533

Dated: July 19, 2004

_____
Anthony T. Rice