RECEIVED
SEP 0 8 2004

New Page 1

Sept 03, 2004

FILED

2004 SEP -9 P 1: 02

U.S. DISTRICT COURT

Judge C. Hall

United States District Judge

District Of Connecticut

915 Lafayette Boulevard

Bridgeport Ct. 06604

Re: Keith C. Wylie v John E. Potter, Postmaster General Docket No. 3:03CV00426(JCH)

Dear Honorable Judge C. Hall

    I Keith C. Wylie received a draft version of a Trail Memorandum by Assistant U.S. Attorney Anthony T. Rice. I do not wish to adopt or supplement this Memorandum as I intend to file my own. I intend to advise him of my said actions by the date set by the court.

Thank You for your courtesy in this matter

Sincerely,

Keith C. Wylie

P.O. Box 9361

New Haven CT. 06533

*[signature: Keith Wylie]*

Page 1