RECEIVED
SEP 0 8 2004

New Page 2

United States District Court
District of Connecticut
FILED AT       BRIDGEPORT
                9/8/04             20
Kevin F Rowe, Clerk
By _____
Deputy Clerk

Sept. 06, 2004

Judge C. Hall

United States District Judge

District of Connecticut

915 Lafayette Boulevard

Bridgeport Ct. 06604

Re: Keith C. Wylie v John E Potter, Postmaster General U.S. District Court Docket No. 3:03CV00426(JCH)

Dear Honorable Judge C. Hall

    I Keith C. Wylie am writing to you in reference to a letter stating Notice Of E-File Order granting (14). Motion to leave for summery judgment that I received September 04, 2004 by mail. I would like to ask the court as well as the defendant Mr. Anthony T. Rice assistant attorney, for a continuance as to seek legal counseling by obtaining an attorney for this matter. As notified by letter in my response to the Trail Memorandum I intend on filing the one I prepared { My own}, so I would ask the court to grant this continuance on these bases.

    Thank-You for your help and courtesy in this matter.

Sincerely,

Keith C. Wylie

P.O. Box 9361

New Haven Ct. 06533

*Keith Wylie* (signature)