UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH WYLIE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-426 (JCH) |
| : | |
| JOHN E. POTTER : | SEPTEMBER 9, 2004 |
|     Defendant : | |

**ORDER**

On August 26, 2004, the court granted defendant's Motion for Permission to file Motion for Summary Judgment [Dkt. No. 14]. However, no date was set. The court hereby orders that any dispositive motions must be filed on or before November 1, 2004.

By letter dated September 8, 2004, the plaintiff wrote to the court, without showing service on the defendant. The court hereby directs the Clerk to docket the letter as a Motion to Extend time to respond to the Motion for Summary Judgment. (The court notes that plaintiff refers to "Trial Memorandum." No trial memorandum is due until after the court rules on any summary judgment motion.)

The Clerk is directed to send a copy of this letter/Motion to defendant's counsel. Plaintiff is ordered to serve a copy of anything he files or sends to the court to defendant's counsel as well, and to file a certificate of service with the court. Failure to do so could result in dismissal of plaintiff's action.

The Motion to Extend is denied, without prejudice to renew, until after defendant files his summary judgment motion, if plaintiff needs additional time.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 9th day of September, 2004.


                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge