## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH WYLIE,           )<br>                              )<br>          Plaintiff    )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>JOHN E. POTTER, Postmaster )<br>General,                  )<br>                              )<br>          Defendant    ) | Docket No. 3:03CV00426(JCH)<br><br><br>October 7, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant in the above captioned action hereby moves that the Court enter summary judgment in favor of Defendant, pursuant to F. R. Civ. P 56. In support of this motion, Defendant avers that there exist meritorious grounds for summary judgment, inasmuch as there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law.

In support of this motion, Defendant also submits herewith its memorandum of law, with attached exhibits and declaration and Local Rule 56 (a)(1) Statement.

1

The Defendant, John E. Potter,
Postmaster General, by his attorney:

KEVIN J. O'CONNOR
United States Attorney

_____
Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Law Department-Northeast Area Office
8 Griffin Road North
Windsor, CT 06006-0170
(860) 285-7098
(860) 285-7397-facsimile
anthony.t.rice@usps.gov
Federal Bar No. ct 22474

## CERTIFICATE OF SERVICE

I, Anthony T. Rice, Special Assistant U.S. Attorney, hereby certify that I served a copy of the attached document, by first-class mail, postage prepaid, upon the following persons:

Keith C. Wylie
119 Monroe Street
New Haven, CT 06512

Keith C. Wylie
55 Monroe Street
New Haven, CT 06516

Keith C. Wylie
486 Newhall Street
Hamden, CT 06517

Keith C. Wylie
P.O. Box 9631
New Haven, CT 06533

Dated: October 7, 2004

_____
Anthony T. Rice

## Notice to Pro Se Litigant Opposing Motion For Summary Judgment
## As Required by Local Rule of Civil Procedure 56(b)

The purpose of this notice, which is required by the Court, is to notify you that the defendant has filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial. The defendant argues that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

THE DEFENDANT'S MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE LOCAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendant's version of the facts; (2) you have evidence contradicting the defendant's version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendant's version of the facts. An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief. To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths. In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the defendant's version of the facts, your claims may be dismissed without further notice. It is therefore very important that you read the defendant's motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendant's version of the relevant facts. It is also very important that you review the enclosed copy of Rule 56 of the Local
Rules of Civil Procedure carefully. This rule provides detailed instructions concerning the papers you must file in opposition to the defendant's motion, including how you must respond to specific facts the defendant claims are undisputed (see Rule 56(a)(2) and how you must support your claims with specific references to evidence (see Rule 56(a)(3). If you fail to follow these instructions, the defendant's motion may be granted.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendant's counsel within 21 days of the filing of the defendant's motion

with the Clerk of the Court.  This 21-day period is extended an additional three days if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendant's motion by mail or overnight delivery service).

(Amended July 18, effective August 1, 2003)