January 13. 2001
Certified no. 7000 0600 0022 7889 7002
Copy by Ordinary Mail

Keith Wylie
Tour One
24 Research Pkwy
Wallingford, Ct., 06492

Please be advised that you do not qualify for FMLA privileges for the year 2001 as you have only 1197.68 workhours in the last 26 pay periods. As you know, you are required to have at least 1250 workhours. Until you have accumulated that much time you will not qualify for FMLA privileges.

Thank you.

Mary C. Welborn
MDO, Tour One

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Name (Please Print Clearly) (to be completed by mailer): Keith Wylie
Street, Apt. No.; or PO Box No.: FTR Mailhandler
City, State, ZIP+4: Tour One

PS Form 3800, July 1999    See Reverse for Instructions

Keith Wylie
FTR mailhandler
Tour One

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery 1/20/2001
C. Signature   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7000 0600 0022 7889 7002

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**Exhibit 3**