UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 19  A 11: 41

U.S. DISTRICT COURT

| | | |
|---|---|---|
| KEITH WYLIE,<br>  Plaintiff | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-03-cv-426 (JCH) |
| JOHN E. POTTER,<br>  Defendant | : | JULY 18, 2005 |

### ORDER

On October 8, 2004, the defendant filed a Motion for Summary Judgment [Dkt. No. 19]. Although the plaintiff had not filed any opposition, the Court realized that the defendant had failed to comply with the local rules that provide that a moving party must provide Notice to a Pro Se party of his obligations under Rule 56. Local Rule 56(b). Thus, on June 7, 2005, the Court issued the Notice [Dkt. No. 22]. To date, plaintiff has filed no opposition.

After review of defendant's Motion for Summary Judgment, and absent objection, the court GRANTS the Motion for Summary Judgment [Dkt. No. 19].

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 18th day of July, 2005.

_____
Janet C. Hall
United States District Judge