UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KEITH WYLIE
    Plaintiff,

v.                                        3:03CV426 JCH

JOHN E. POTTER
    Defendant

## J U D G M E N T

    This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment. On June 7, 2005, the Court issued a pro se notice, ordering the plaintiff to file any further filings with the Court by June 30, 2005. Nothing having been filed, on July 19, 2005, the Court entered an Order granting absent objection the defendant's motion for summary judgment.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

    Dated at Bridgeport, Connecticut, this 22nd day of July, 2005.

                                           KEVIN F. ROWE, Clerk

                                         By     /s/Catherine Boroskey
                                                     Deputy Clerk

Entered on Docket _____